FILED

08/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0621

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0621

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                      O R D E R

BRITTNEY ANN ALLEN,

     Defendant and Appellant.

_____

Appellant Brittney Ann Allen, via counsel, appeals the October 12, 2021 Opinion and Order of the Fourth Judicial District Court, Missoula County, that affirmed the Mineral County Justice Court's denial of her motion to dismiss a charge of Operating a Motor Vehicle Without Ignition Interlock Device in that court's Cause No. DC-21-29.

The State has filed a Notice of Concession. It concedes the District Court erred in ruling against Allen because Allen was charged during a traffic stop on July 29, 2020, but her driving record indicates that she was only subject to an ignition interlock restricted license from May 15, 2018, until April 23, 2020. The State asks this Court to remand this matter to the District Court for the purpose of vacating Allen's conviction and striking the accompanying judgment.

Having considered the Appellant's Opening Brief and the State's Notice of Concession, and good cause appearing,

IT IS HEREBY ORDERED that this matter is REMANDED with instructions for the District Court to VACATE Allen's conviction for Operating a Motor Vehicle Without Ignition Interlock Device and to STRIKE the accompanying judgment in conformance with this Order.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 23 2023